# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JUSTIN EVERETT COOPER, #X62179**

    **Plaintiff,**

**vs.**                                                    4:10cv179-SPM/WCS

**DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

        This cause is before me upon referral from the Clerk. In an order filed May 17, 2010, Plaintiff was given until June 17, 2010, to supplement his motion to proceed *in forma pauperis* with his inmate account bank statement and that his failure to respond as instructed would result in a recommendation of dismissal of this action. Doc. 7. On July 1, 2010, the court entered a report and recommendation recommending dismissal for Plaintiff's failure to submit the account statement by the deadline given (June 17, 2010). Because Plaintiff submitted an account statement on July 3, 2010, this court entered an order on July 9, 2010, vacating the report and recommendation. Doc. 8. Plaintiff was again advised that the supplement he submitted was insufficient and directed him once again to submit his inmate account for the period November 1, 2009 to April 30, 2010 by August 9, 2010. Doc. 10. To date, Plaintiff has not responded to that order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has failed to comply with orders of this court his complaint should now be dismissed without prejudice.

The Plaintiff shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond. Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** Plaintiff's motion for leave to proceed *in forma pauperis*, doc. 2, be **DENIED** as moot and that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on August 26, 2010.


s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**